PHILLIP A. TALBERT
United States Attorney
VICTORIA L. BOESCH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900
victoria.boesch@usdoj.gov

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KULVEER K. GHUMAN,<br><br>               Plaintiff,<br><br>       v.<br><br>UNITED STATES OF AMERICA<br><br>               Defendant. | CASE NO. 1:16-CV-1443-DAD-JLT<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE SETTLEMENT CONFERENCE AND DISCOVERY DEADLINES**<br><br>**(Doc. 11)** |

      Plaintiff Kulveer K. Ghuman and Defendant United States of America respectfully request that the Court continue the settlement conference currently scheduled for August 4, 2017 at 1:30 p.m. to **September 8, 2017**. This will give the parties an opportunity to finish some key discovery that will render settlement discussions more productive. Rescheduling the settlement conference for this date would make Plaintiff's written itemization of damages and meaningful settlement demand that includes a brief explanation of why such a settlement is appropriate due to Defendant on **August 18, 2017**. Defendant's response of either acceptance or a meaningful counteroffer that includes a brief explanation of why such a settlement is appropriate would be due to Plaintiff on **August 25, 2017**. The parties would have to submit confidential settlement conference statements by email to Judge Thurston by **September 1, 2017**. Defendant also requests that the Court permit agency counsel representing the Department of Health and Human Services, who is located in the District of Columbia, to attend the settlement conference by telephone.

Because of scheduling conflicts, the parties also respectfully request the following minor adjustments to the case schedule. These adjustments will not affect the trial and pretrial dates set by the Court.

| Event | Current Date | Proposed New Date |
|---|---|---|
| Fact Discovery Cut Off | July 28, 2017 | **August 11, 2017** |
| Plaintiff Expert Disclosure | August 11, 2017 | **August 25, 2017** |
| Defendant Expert Disclosure | September 8, 2017 | **September 22, 2017** |

                                        Respectfully submitted,
                                        PHILLIP A. TALBERT
                                        United States Attorney

Dated: June 15, 2017          By:    */s/ Victoria L. Boesch*
                                                  VICTORIA L. BOESCH
                                                  Assistant United States Attorney
                                                  Attorneys for the United States

                                                LEVY LAW FIRM

Dated: June 15, 2017          By:    */s/ Dane Levy (authorized 6/15/17)*
                                                  DANE LEVY
                                                  Dane Levy, Esq.
                                                  Bjorn Burlin, Esq.
                                                  Levy Law Firm
                                                  Attorneys for Plaintiff Kulveer K. Ghuman

**ORDER**

The stipulation to amend the case schedule is **GRANTED in PART** as follows:

1.    All non-expert discovery **SHALL** be completed **no later than August 11, 2017**;

2.    Plaintiff **SHALL** disclose his experts **no later than August 25, 2017** and Defendant **SHALL** disclose its experts **no later than September 22, 2017**. Plaintiff **SHALL** disclose rebuttal experts, if any, **no later than October 13, 2017**;

3.    The settlement conference is **CONTINUED** to **January 8, 2018** at 9:30 a.m. The

deadlines set forth in the scheduling order (Doc. 8 at 6-7) remain in effect.

IT IS SO ORDERED.

Dated: **June 19, 2017**          **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE