# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KULVEER K. GHUMAN,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | Case No.: 1:16-cv-01443-DAD -JLT<br><br>ORDER AFTER NOTICE OF SETTLEMENT<br><br>(Doc. 14) |

On November 6, 2017, the Government notified the Court "this matter has settled." (Doc. 14) Pursuant to Local Rule 160(b), when an action has settled, a stipulation for dismissal must be filed within twenty-one days the filing of a notice of settlement. Thus, the Court **ORDERS**:

1. The stipulation for dismissal **SHALL** be filed no later than **November 27, 2017**; and
2. All other pending dates, conferences and hearings are **VACATED**.

**The parties are advised that failure to comply with this order may result in the Court imposing sanctions, including the dismissal of the action.**

IT IS SO ORDERED.

Dated:  **November 7, 2017**              **/s/ Jennifer L. Thurston**
                                                                   UNITED STATES MAGISTRATE JUDGE