# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KULVEER K. GHUMAN, | Case No.: 1:16-cv-01443-DAD -JLT |
| Plaintiff, | ORDER CLOSING THE CASE |
| v. | (Doc. 16) |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

On November 15, 2017, the parties filed their stipulated compromise and release of claims. (Doc. 16) This stipulation demonstrates the complete release of the plaintiff's claims in exchange for the agreement of the defendant to perform certain acts. Thus, the matter is concluded and it should be closed. (Fed. R. Civ. P. 41) Therefore, the Court DIRECTS the Clerk of the Court to close this matter as the stipulation resolves the matter in its entirety.

IT IS SO ORDERED.

Dated: **November 21, 2017**      **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE